**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BYRON BARRIOS CABRERA, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-01441-JLS |
| | : | |
| JL JAMISON, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 20th day of March, 2026, **IT IS HEREBY ORDERED** that, upon review of Petitioner's Petition for a Writ of Habeas Corpus and the government's response thereto, and petitioner's reply, it is hereby **ORDERED** that:

1. The Petition for a Writ of habeas Corpus [Doc. 1] is **DENIED**.

2. The Petitioner's motion for a temporary restraining order [Doc. 2] is **DENIED**.

3. The Clerk shall mark this case as terminated.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge